437 A.2d 1026

Commonwealth v. Singleton, Appellant.

Argued September 11, 1980. Joseph T. Kelley, Jr., for appellant; Cynthia H. Severinsen, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

437 A.2d 1027

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal Denied Jan. 15, 1982.

Submitted March 3, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.